B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CDM Enterprise Sales Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3993806** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**504 Congress Cir N**<br>**Roselle, IL**<br>ZIP Code **60172** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Dupage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition
of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition
of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts,
defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for
a personal, family, or household purpose."
☑ Debts are primarily
business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
attach signed application for the court's consideration certifying that the debtor
is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed
to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more
classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)     Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **CDM Enterprise Sales Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). X _____ Signature of Attorney for Debtor(s)     (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

    ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

    ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

    ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

Page 3

| **Voluntary Petition** | **Name of Debtor(s):** |
|---|---|
| *(This page must be completed and filed in every case)* | CDM Enterprise Sales Inc. |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Dennis Napoli_
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_11-13-09_
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

**Ean L. Kryska ARDC No. 06286649**
Printed Name of Attorney for Debtor(s)

**SmithAmundsen LLC**
Firm Name

**150 North Michigan Avenue**
**Suite 3300**
**Chicago, IL 60601-7524**

Address

**312.894.3200  Fax: 312.894.3210**
Telephone Number

**November 13, 2009**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Dennis Napoli_
Signature of Authorized Individual

**Dennis Napoli**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November 13, 2009**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## United States Bankruptcy Court
### Northern District of Illinois

In re    CDM Enterprise Sales Inc.                                          Case No.
                                        Debtor(s)                    Chapter      7

### VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                          65

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    November 13, 2009

Dennis Napoli/President
Signer/Title

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

Absolute Industrial Fabricators
1393 Jeffrey Drive
Addison, IL 60101


Academy Awards Inc.
4255 Bannockburn Rd
Florence, SC 29505


Advanta Bank Corp
PO Box 8088
Philadelphia, PA 19101


AEF Emblem
8770 Guion Road
Suite C
Indianapolis, IN 46268


Alpha Shirt
23591 Network Place
Chicago, IL 60673


American Express Blue
Box 0001
Los Angeles, CA 90096


American Express Gold
Box 0001
Los Angeles, CA 90096


AT&T
PO Box 8100
Aurora, IL 60507


Bank of America
PO Box 15710
Wilmington, DE 19886


Bodek & Rhodes
PO Box 820144
Philadelphia, PA 19182


BP Amoco
PO Box 9033
Carlsbad, CA 92018

Capitol One Bank
P.O. Box 4492
Carol Stream, IL 60197


Citi Business Card
P.O. Box 688901
Des Moines, IA 50368-8906


ComEd
PO Box 6111
Carol Stream, IL 60197


Dell Commercial Credit
PO Box 689020
Des Moines, IA 50368


Dell Financial Serice
PO Box 5292
Carol Stream, IL 60197


Denise Zoephel
420 Deer Run Road
Mchenry, IL 60051


DEX
PO Box 660835
Dallas, TX 75266


Emblematics, Inc.
PO Box 72005
San Clemente, CA 92673


Essef Distributors, Inc.
PO Box 520
Williston Park, NY 11596


Exxon Mobile
PO Box 688941
Des Moines, IA 50368


Fast Color
1765-J Courtland Ct
Addison, IL 60101

Geneva Caital
522 Broadway St
Suite 4
Alexandria, MN 56308

H&C Headwear, Inc.
17145 Margay Ave
Carson, CA 90746

Harris Bank
PO Box 6209
Carol Stream, IL 60197

Hero's Pridge
PO Box 10033
Van Nuys, CA 91410

Holloway Sportswear
39228 Treasury Center
Chicago, IL 60694

John Logerquist
1036 S Kenilworth
Oak Park, IL 60304

KOR Business Services
629 W. State St
Geneva, IL 60134

Logsdon Office Supply
1055 Arthur Ave
Elk Grove Village, IL 60007

Louis Knudston
633 Ford Lane
Bartlett, IL 60103

Marathon USA
535 Midland Ave, Unit 1
Garfield, NJ 07026

National Design Corp/Goldstar
PO Box 509032
San Diego, CA 92150

Nationwide Pennant & Flag Mfg
7325 Reindeer Trail
San Antonio, TX 78238

Navitor
PO Box 927
Waynesboro, PA 17268

Net1 Media
644 S 7th Blvd
Dundee, IL 60118

Nicor Gas
P.O. Box 2020
IL 60509-2020

Office Depot
PO Box 689020
Des Moines, IA 50368

Paramount Printing, LLC
7202 Rampart
Houston, TX 77081

Peter Zmich
1977 Concord Drive
Mchenry, IL 60050

Pitney Bowes Purchase Power
PO Box 856042
Louisville, KY 40285

PJ Fazio
504 Congress Circle N
Roselle, IL 60172

Points of Lights
25 Pier Lane West
Fairfield, NJ 07004

Quality Lapel Pins, Inc.
5270 S Zinnia Ct
Littleton, CO 80127

R&K Supplies
101 S Addison Road
Addison, IL 60101


Randy Hall
115 W. Orchard St.
Itasca, IL 60143


Red Lion Products
1125 Wright Ave
Camden, NJ 08103


RH Donnnelly
8519 Innovation
Chicago, IL 60682


S&S Activewear
581 Territorial Drive
Bolingbrook, IL 60440


Safety Clean
PO Box 650509
Dallas, TX 75265


Sanmar Corp
PO Box 643693
Cincinnati, OH 45264


Sharprint
4200 West Wrightwood
Chicago, IL 60639


Shell Card Center
PO Box 689081
Des Moines, IA 50368


Sons Tool, Inc.
460 Thompson Road
Woodville, WI 54028


Starline USA, Inc.
3036 Alt Blvd.
Grand Island, NY 14072

Sunrise Electronics
130 Martin Lane
Elk Grove Village, IL 60007

T&J Printing Supply Inc.
11451 Allison Ct #6
Huntley, IL 60142

Tajima
PO Box 18004
Hauppauge, NY 11788

Tennessee Flag Co
312 E Main St
Johnson City, TN 37605

Think Toner & Ink
40-F W. Terra Cotta Ave
Crystal Lake, IL 60014

TradeNet
PO Box 158
Gardner, KS 66030

Uline
2200 S Lakeside Dr
Waukegan, IL 60085

United Parcel Service

Webb Company
15197 Boulder Ave
Rosemount, MN 55068

Yellowbook
PO Box 660052
Dallas, TX 75266